**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Roy Eugene Ussery v. The State of Texas

Appellate case number:    01-18-00540-CR

Trial court case number:  1459846

Trial court:             338th District Court of Harris County

      Appellant's Motion for Rehearing En Banc is DENIED.


Judge's signature: __/s/ Richard Hightower_____
                 Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Hightower, and Countiss. Justice Landau did not participate.


Date:  __April 7, 2020_____